THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEGAN BALES, *et al.*, | CASE NO. C25-1985-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AMRINDER MAHAL, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' LCR 7(h) motion (Dkt. No. 16). Plaintiffs may file a single response not to exceed six (6) pages of argument no later than January 14, 2026. Defendants may file a single reply not to exceed three (3) pages of argument no later than January 21, 2026. The Clerk is directed to renote the motion (Dkt. No. 16) accordingly.

DATED this 31st day of December 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
