THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEGAN BALES, *et al.*,

                Plaintiffs,

    v.

AMRINDER MAHAL, *et al.*,

                Defendant.

CASE NO. C25-1985-JCC

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on Defendants' motion for reconsideration (Dkt. No. 16). In it, they seek reconsideration of this Court's order (Dkt. No. 15) remanding the matter to the King County Superior Court. (*See generally* Dkt. No. 16.) In so moving, Defendants fail to establish that the Court committed manifest error in its prior ruling. Thus, the motion for reconsideration (Dkt. No. 15) is DENIED.

      DATED this 23rd day of January 2026.

                Joshua C. Lewis
                Clerk of Court

                s/Kathleen Albert
                Deputy Clerk

MINUTE ORDER
C25-1985-JCC
PAGE - 1