**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

JOSHUA C. LEWIS
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

January 26, 2026

King County Superior Court
516 Third Avenue E609
Seattle, WA 98104

RE: *Bales et al v. Mahal et al*
Case #2:25−cv−01985−JCC

Dear Clerk:

Please find enclosed the certified copy of Judge John C. Coughenour's *Order Remanding Case to State Court* in the above−referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 25−2−19889−8 SEA

*Assigned to Judge*:_____

*Completed by Deputy Clerk*: _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Alejandro Pasaye Hernandez,
*Deputy Clerk*

Enclosures